**No. 11-6250. Roy Mitchell, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7252.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6254. Gregory L. Weatherall, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7166.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6258. Elaine Robertson Cioni, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7236.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 649 F.3d 276.

**No. 11-6263. Roberto Fernandez Cuesta, aka Roberto Fernandez Cuerto, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7164.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 429 Fed. Appx. 880.

**No. 11-6264. Michael Sindram, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7247.

October 11, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 16 A.3d 974.

**No. 11-6271. Angelo Larmone Massey, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7218.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6273. Gary Baptiste, aka Gary Baptise, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 438, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7210.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6276. Samuel Thamar James, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 438, 181 L. Ed. 2d 284, 2011 U.S. LEXIS 7169.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 642 F.3d 1333.